IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HILLARY RING,**

    **Plaintiff,**

**v.**                                             Case No. 4:21-cv-441-AW-MAF

**DISCOUNT TIRE CO.,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 15. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on May 12, 2022.

                                             s/ *Allen Winsor*
                                             United States District Judge